## LEONARD BALCUNAS *v.* COMMISSIONER OF CORRECTION
### (AC 32002)

Gruendel, Beach and Bishop, Js.

Submitted on briefs October 28—officially released November 15, 2011

Per Curiam. The appeal is dismissed.

## STATE OF CONNECTICUT *v.* GREGORY M. FIELDS
### (AC 31968)

Robinson, Alvord and Pellegrino, Js.

Argued October 28—officially released November 15, 2011

Per Curiam. The judgment is affirmed.

## JASON MANN *v.* COMMISSIONER OF CORRECTION
### (AC 32287)

Lavine, Bear and Espinosa, Js.

Submitted on briefs October 28—officially released November 15, 2011

Per Curiam. The appeal is dismissed.